**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| CEDRIC GREENE, | Case No. 2:16-cv-00490-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION AND OVERRULING OBJECTIONS** |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, | (ECF Nos. 2, 6) |
| Defendant. | |

I previously ordered plaintiff Cedric Greene to file an amended complaint on or before August 5, 2016, if he could do so, or this action would be dismissed with prejudice. ECF No. 7. Greene did not file an amended complaint.

IT IS THEREFORE ORDERED that this case is DISMISSED with prejudice. The clerk of court is directed to close this action.

DATED this 11th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE